DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONEL FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEONEL FAVELA,<br><br>　　　　　Defendant. | NO. 2:10-cr-00388-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date: November 4, 2010<br>Time: 9:00 A.m.<br>Judge: Morrison C. England, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, LEONEL FAVELA, that the status conference hearing date of Thursday, October 14, 2010, be vacated and a new status conference hearing date of **Thursday, November 4, 2010, at 9:00 a.m.** be set.

　　　The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties.  In addition, Mr. Favela's co-defendants are presently scheduled for November 4, 2010.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 4, 2010, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 13, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
LEONEL FAVELA

Dated: October 13, 2010

BENJAMIN B. WAGNER
United States Attorney

 */s/ Matthew C. Bockmon for*
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 4, 2010, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: October 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation/Order  3