1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LEONEL FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:10-cr-00388-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE STATUS CONFERENCE** |
| | ) | **AND TO EXCLUDE TIME** |
| | ) | |
| LEONEL FAVELA, | ) | Date: December 2, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, LEONEL FAVELA, that the status conference hearing date of Thursday, November 18, 2010, be vacated and a new status conference hearing date of **Thursday, December 2, 2010, at 9:00 a.m.,** be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

/ / /

/ / /

/ / /

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 2, 2010, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: November 16, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
LEONEL FAVELA

Dated: November 16, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 2, 2010, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 17, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE