| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
LEONEL FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:10-cr-00388-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE STATUS CONFERENCE** |
| | ) | **AND TO EXCLUDE TIME** |
| | ) | |
| LEONEL FAVELA, | ) | Date: December 16, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, LEONEL FAVELA, that the status conference hearing date of Thursday, December 2, 2010, be vacated and a new status conference hearing date of **Thursday, December 16, 2010, at 9:00 a.m.,** be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 16, 2010, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation. |

Dated: December 1, 2010

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                */s/ Matthew C. Bockmon*
                                                MATTHEW C. BOCKMON
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                LEONEL FAVELA

Dated: December 1, 2010                          BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Matthew C. Bockmon for*
                                                PAUL HEMESATH
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 16, 2010, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: December 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE