JULIA E. VERA (SBN 242739)
Law Offices of Julia E. Vera, PLC
3000 T Street, Suite 102
Sacramento, CA 95816
Ofc 916.455.4030
Fax 916.455.4042

Attorney for Defendant
LEONEL FAVELA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>LEONEL FAVELA,<br><br>　　　　Defendant. | Case No.: 2:10-cr-00388-MCE<br><br>**STIPULATION AND<br>ORDER CONTINUING<br>STATUS CONFERENCE**<br><br>Judge: Morrison C. England |

　　　IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Paul Hemesath, Assistant United States Attorney, together with counsel for defendant Leonel Favela, Julia E. Vera, Esq., hereby agree and stipulate that the status conference presently set for February 17, 2011, be **continued to May 26, 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

　　　Further, all of the parties, the United States of America and the defendant as stated above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 316(h)(7)(A) and (B)(ii) and (iv), corresponding to Local code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 4, 2011, to and including May 26, 2011.

## PROCEDURAL STATUS OF THE CASE

On August 19, 2010, the government filed a criminal complaint against all defendants.

On September 2, 2010, the government filed an Indictment charging four (4) defendants in Count 1 (conspiracy to manufacture at least 1,000 marijuana plants, Title 21, U.S.C. Sections 846 and 841 (a)(1)).

## TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT

The parties (the government and the aforementioned defendant) agree and stipulate that with the voluminous discovery, the complex legal issues involved in the case and the time needed by the defendant to review all of the discovery produced by the government to date, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in §3161. In addition, the parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence and that the interests of justice in granting this reasonable request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18, United States Code, §3161 (h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare).

Dated: February 15, 2011

Respectfully submitted:
/s/ Julia E. Vera
JULIA E. VERA
Attorney for Defendant
Leonel Favela

Dated: February 15, 2011

/s/ Paul A. Hemesath
PAUL A. HEMESATH
Assistant U.S. Attorney

JULIA E. VERA (SBN 242739)
Law Offices of Julia E. Vera, PLC
3000 T Street, Suite 102
Sacramento, CA 95816
Ofc 916.455.4030
Fax 916.455.4042

Attorney for Defendant
LEONEL FAVELA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00388-MCE |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE STATUS CONFERENCE** |
| LEONEL FAVELA, | |
| Defendant. | |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. §3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best of the public and the defendants in a speedy trial.

| | |
|---|---|
| 1 | The Court orders that the time from the date of the parties' stipulation, February 15, |
| 2 | 2011, to and including May 26, 2011, shall be excluded from computation of time within which |
| 3 | the trial of this case must be commenced under Speedy Trial Act, pursuant to 18 U.S.C. §3161 |
| 4 | (h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (usual and complex case) and T4 (reasonable |
| 5 | time for defense counsel to prepare).  It is further ordered that the February 17, 2011, status |
| 6 | conference shall be continued until May 26, 2011, at 9:00 a.m. |

IT IS SO ORDERED.

DATE:  February 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE