```
CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LEONEL FAVELA, et al.,<br><br>　　　　　Defendants. | Case No.: 2:10-CR-388 MCE<br><br>ORDER FOR ASSOCIATION OF ATTORNEY |

　　　　LEONEL FAVELA, Defendant herein, hereby consents to CLEMENTE M. JIMÉNEZ, Attorney at Law, being designated an associated attorney of record, along with his present attorney of record, JULIA VERA. Attached, as Exhibit A, is a document entitled *Consent Granting Association of Attorney*, containing the parties' handwritten signatures. The address of record for associated counsel is 428 J Street, Suite 355, Sacramento, CA, 95814. Telephone number: (916) 443-8055.

　　　　The undersigned consent to the above association.

　　　　DATED:　　March 17, 2011　　/s/ Leonel Favela_____
　　　　　　　　　　　　　　　　　　　　LEONEL FAVELA

　　　　DATED:　　March 17, 2011　　/s/ Julia Vera_____
　　　　　　　　　　　　　　　　　　　　JULIA VERA
　　　　　　　　　　　　　　　　　　　　Counsel for LEONEL FAVELA

　　　　DATED:　　March 17, 2011　　/s/ Clemente M. Jiménez_____
　　　　　　　　　　　　　　　　　　　　CLEMENTE M. JIMÉNEZ
　　　　　　　　　　　　　　　　　　　　Associated Counsel for LEONEL FAVELA

ORDER

IT IS SO ORDERED, that Clemente M. Jiménez, Attorney at Law, be designated an associated attorney of record for Leonel Favela.

DATED: March 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE