| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, SBN 207136 |
| 2 | 428 J Street, Suite 355 |
|   | Sacramento, CA 95814 |
| 3 | (916) 443-8055 |
| 4 | |
|   | Attorney for Defendant |
| 5 | LEONEL FAVELA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 10-388 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| LEONEL FAVELA, | DATE: September 29, 2011 |
|   | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera, Counsel for Defendant LEONEL FAVELA, that the status conference scheduled for September 29, 2011, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on October 20, 2011, at 9:00 a.m. for further status conference. Defense counsel has requested certain information from the government. Further, counsel seeks additional time to investigate the case and negotiate potential resolution.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: September 29, 2011 /S/ Paul Hemesath
PAUL HEMESATH
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Leonel Favela

/S/ Julia Vera
JULIA VERA
Attorney for Leonel Favela

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for September 29, 2011, at 9:00 a.m., be vacated and the matter continued to October 20, 2011, at 9:00 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE