| | |
|---|---|
| CLEMENTE M. JIMÉNEZ, SBN 207136<br>428 J Street, Suite 355<br>Sacramento, CA 95814<br>(916) 443-8055<br><br>Attorney for Defendant<br>LEONEL FAVELA | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEONEL FAVELA,<br><br>    Defendant. | Case No.: 10-388 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  September 29, 2011<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera, Counsel for Defendant LEONEL FAVELA, that the status conference scheduled for October 20, 2011, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on November 3, 2011, at 9:00 a.m. for further status conference. Defense counsel has requested certain information from the government. The government is still in the process of securing the requested information.

　　　IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

10cr00388.so.1019.doc
10/19/11

- 1 -

| | |
|---|---|
| DATED: October 18, 2011 | /S/ Paul Hemesath<br>PAUL HEMESATH<br>Attorney for Plaintiff |
| | /S/ Clemente M. Jiménez<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Leonel Favela |
| | /S/ Julia Vera<br>JULIA VERA<br>Attorney for Leonel Favela |

**ORDER**

It is hereby ordered, that the status conference in the above-entitled matter, scheduled for October 20, 2011, at 9:00 a.m., be vacated and the matter continued to November 3, 2011, at 9:00 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. 18 U.S.C. Section 3161(h)(7)(A) and (B)(iv); Local code T-4. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated: October 19, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE