BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 448-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-CR-388 MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| LEONEL FAVELA, | ) |
| Defendant. | ) Date: August 4, 2011 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Clemente Jimenez, counsel for defendant Leonel FAVELA, that the above status conference be rescheduled from this Court's January 12, 2012, calendar, and that the matter be re-calendared for February 23, 2012, at 9:00 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

1

The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded between through February 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: January 10, 2012  /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: January 10, 2012  /s/ Clemente Jimenez
Clemente Jimenez
Counsel for Defendant
LEONEL FAVELA

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE