| | |
|---|---|
| CLEMENTE M. JIMÉNEZ, SBN 207136 | |
| 428 J Street, Suite 355 | |
| Sacramento, CA 95814 | |
| (916) 443-8055 | |
| | |
| Attorney for Defendant | |
| LEONEL FAVELA | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-388 MCE |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| LEONEL FAVELA, | DATE: May 3, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera, Counsel for Defendant LEONEL FAVELA, that the evidentiary hearing scheduled for May 3, 2012, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on June 7, at 9:00 a.m. The government has obtained records that it has indicated it will discover to the defense. These records are the issue to be addressed at the evidentiary hearing requested. The defense requires time to review said records.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

| | | |
|---|---|---|
| DATED: May 1, 2012 | | /S/   Paul Hemesath_____ |
| | | PAUL HEMESATH |
| | | Attorney for Plaintiff |

/S/   Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Leonel Favela

/S/   Julia Vera_____
JULIA VERA
Attorney for Leonel Favela

**ORDER**

IT IS SO ORDERED, that the evidentiary hearing in the above-entitled matter, scheduled for May 3, 2012, at 9:00 a.m., be vacated and the matter continued to June 7, 2011, at 9:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: June 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

10cr00388.so.0605.doc
06/05/12                                              - 2 -