| | |
|---|---|
| CLEMENTE M. JIMÉNEZ, SBN 207136<br>428 J Street, Suite 355<br>Sacramento, CA 95814<br>(916) 443-8055<br><br>Attorney for Defendant<br>LEONEL FAVELA | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LEONEL FAVELA,<br><br>  Defendant. | Case No.: 10-cr-00388 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: June 7, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera, Counsel for Defendant LEONEL FAVELA, that the evidentiary hearing scheduled for June 7, 2012, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on August 23, 2012, at 9:00 a.m., for further status conference. The government has obtained approximately 17 discs of mixed media that it will discover to the defense. A subpoena to secure these records was the issue to be addressed at the evidentiary hearing requested. The defense requires time to review said records.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: June 5, 2012    /S/   Paul Hemesath_____
                       PAUL HEMESATH
                       Attorney for Plaintiff


                       /S/   Clemente M. Jiménez_____
                       CLEMENTE M. JIMÉNEZ
                       Attorney for Leonel Favela

                       /S/   Julia Vera_____
                       JULIA VERA
                       Attorney for Leonel Favela


**ORDER**

Pursuant to the parties' stipulation, the evidentiary hearing in the above-entitled matter, scheduled for June 7, 2012, at 9:00 a.m., is vacated and the matter hereby continued to August 23, at 9:00 a.m., for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE