| | |
|---|---|
| CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
LEONEL FAVELA | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL FAVELA,<br><br>Defendant. | Case No.: 10-388 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: August 23, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera, Counsel for Defendant LEONEL FAVELA, that the evidentiary hearing scheduled for August 23, 2012, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on September 13, 2012, at 9:00 a.m., for further status conference. The government recently provided the defense with a proposed plea agreement. Counsel requires additional time to review the document with Mr. Favela.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

U.S. v. Favela cont GM.docx
09/17/12

- 1 -

| | |
|---|---|
| DATED: August 20, 2012 | /S/ Paul Hemesath<br>PAUL HEMESATH<br>Attorney for Plaintiff |
| | /S/ Clemente M. Jiménez<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Leonel Favela |
| | /S/ Julia Vera<br>JULIA VERA<br>Attorney for Leonel Favela |

**ORDER**

In accordance with the foregoing stipulation, the evidentiary hearing in the above-entitled matter, scheduled for August 23, 2012, at 9:00 a.m., is vacated and the matter continued to September 13, 2012 at 9:00 a.m., for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE