1   CLEMENTE M. JIMÉNEZ, SBN 207136
    428 J Street, Suite 355
2   Sacramento, CA 95814
3   (916) 443-8055
    Attorney for Defendant
4   LEONEL FAVELA

5
                    IN THE UNITED STATES DISTRICT COURT
6
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8
    UNITED STATES OF AMERICA,              Case No.: 2:10-cr-00388 MCE
9
              Plaintiff,                   STIPULATION AND ORDER
10                                         VACATING DATE, CONTINUING
11        v.                               CASE, AND EXCLUDING TIME

12
    LEONEL FAVELA,                         DATE:   December 6, 2012
13                                         TIME:   9:00 a.m.
                                           JUDGE:  Hon. Morrison C. England, Jr.
14            Defendant.

15

16  IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul

17  Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera,

18  Counsel for Defendant LEONEL FAVELA, that the sentencing hearing scheduled for

19  December 6, 2012, at 9:00 a.m., be vacated and the matter continued to this Court's

20  criminal calendar on January 10, 2013, at 9:00 a.m. for judgment and sentencing. After

21  further review of the pre-sentence report, defense counsel anticipates filing objections

22  and a sentencing memorandum. Consequently, the parties propose the following briefing

23  schedule:

24  Objections due: 12/6/12

25  Final PSR due: 12/13/12

26  Motion for Correction: 12/20/12

27  Reply, or Non-Opposition: 12/27/12

28  J&S: 1/10/13


    10cr00388.so.1206.doc              - 1 -
    12/06/12

DATED:      December 4, 2012      /S/      Paul Hemesath_____
                                  PAUL HEMESATH
                                  Attorney for Plaintiff


                                  /S/      Clemente M. Jiménez_____
                                  CLEMENTE M. JIMÉNEZ
                                  Attorney for Leonel Favela

                                  /S/      Julia Vera_____
                                  JULIA VERA
                                  Attorney for Leonel Favela


### ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter,

scheduled for December 6 2012, at 9:00 a.m., be vacated and the matter continued to

January 10, 2013, at 9:00 a.m. for judgment and sentencing.


Dated:  December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE