CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055
Attorney for Defendant
LEONEL FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONEL FAVELA,<br><br>    Defendant. | Case No.: 2:10-cr-00388 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  December 6, 2012<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera, Counsel for Defendant LEONEL FAVELA, that the sentencing hearing scheduled for December 6, 2012, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 10, 2013, at 9:00 a.m. for judgment and sentencing. After further review of the pre-sentence report, defense counsel anticipates filing objections and a sentencing memorandum. Consequently, the parties propose the following briefing schedule:

Objections due:  12/6/12

Final PSR due:  12/13/12

Motion for Correction:  12/20/12

Reply, or Non-Opposition:  12/27/12

J&S:  1/10/13

10cr00388.so.1226.doc
12/26/12

- 1 -

| | |
|---|---|
| DATED: December 4, 2012 | /S/ Paul Hemesath<br>PAUL HEMESATH<br>Attorney for Plaintiff |
| | /S/ Clemente M. Jiménez<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Leonel Favela |
| | /S/ Julia Vera<br>JULIA VERA<br>Attorney for Leonel Favela |

### ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for December 6 2012, at 9:00 a.m., be vacated and the matter continued to January 10, 2013, at 9:00 a.m. for judgment and sentencing.

Dated: December 26, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE